THE SYRACUSE TRUST COMPANY, as Trustee, etc., of JAMES P. OWEN, Deceased, Appellant, *v.* FIRST TRUST AND DEPOSIT COMPANY, Successor of the CITY BANK TRUST COMPANY, and Another, as Executors, etc., of M. HENRY MCCARTHY, Deceased, and Others, Defendants, Impleaded with THOMAS HOGAN, Respondent.*

Fourth Department, November 22, 1933.

*D. J. Seubert*, for the appellant.

*Thomas Hogan*, for the respondent.

PER CURIAM. The mortgage was due and payable as to its principal sum on August 1, 1929, and its payment could be enforced after that date without any declaration of default. If the conversation claimed to have resulted in an extension of time for payment of the principal sum due had brought about that result — and we hold that it did not — it was *nudum pactum* for the reason that it was not based on any consideration, for after August 1, 1929, the mortgage bore six per cent interest by statute. (*Pryor* v. *City of Buffalo*, 197 N. Y. 123; *Olmstead* v. *Latimer*, 158 id. 313; *National Citizens' Bank* v. *Toplitz*, 178 id. 464; *Rochester Trust & S. D. Co.* v. *Stull*, 239 App. Div. 764.)

All concur, except LEWIS, J., not voting.

Judgment so far as appealed from reversed on the law, with costs, and judgment modified so as to include a provision for a deficiency judgment against the respondent Thomas Hogan, with costs at the Special Term. Finding of fact No. 7 disapproved and reversed on the law and new findings of fact and conclusions of law made.

* See 141 Misc. 603.